

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-16-00115-CR |
| IN RE: WILLIAM BROWDER, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Relator, William Browder, has filed a mandamus petition asking that we order the 109th District Court of Andrews County, Texas, to provide him with a copy of the written findings made in connection with writs of habeas corpus filed in 1991 and 2014. We deny mandamus relief.

To obtain mandamus relief, Relator must demonstrate that he does not have an adequate remedy at law and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Based on the record before us, we conclude that Relator has failed to establish that he is entitled to mandamus relief.

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)